IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICKEY B. NEWELL, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-13-0865 |
| US BANK TRUST NATIONAL ASSOC., | § § § | |
| Defendant. | § § | |

## ORDER

The plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No.5 ). The motion is granted. The initial pretrial and scheduling conference is reset to **May 29, 2013, at 3:00 p.m.** The joint discovery/case management plan is due by May 15, 2013.

SIGNED on April 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge