IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICKEY B. NEWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0865 |
| | § | |
| U.S. BANK TRUST NATIONAL | § | |
| ASSOCIATION, as TRUSTEE for | § | |
| SRMOF REO 2011-1 TRUST, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on June 3, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge